EXHIBIT B

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT |
| | )SS: | |
| COUNTY OF ST. JOSEPH | ) | |

ROBERT FIRTH )
FAN ACTION, Inc. )
BLUE AND GOLD.COM )
)
    Plaintiff, )
)
v. ) CAUSE NO. 7,D06 /o02CT 00072
)
YAHOO! Inc. )
c/o Corporate Secretary )
701 First Avenue )
Sunnyvale, CA 94089 )
)
    Defendants. )

**FILED**
FEB 4 - 2010
St. Joseph Superior Court Clerk

**. TO THE ABOVE NAMED DEFENDANT:**

    You have been sued by the persons named "plaintiffs" in the court stated above.
    The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiffs has made and wants from you.
    You must answer the complaint in writing, by you or your attorney, within twenty(20)days commencing the day after you receive this summons, (you have twenty-three (23)days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiffs has demanded.
    If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

CLERK'S ISSUANCE
Dated: _____FEB 4   2010_____   By: _____

The following manner of service is hereby designated: By certified mail as provided by law.
Doug A. Bernacchi, Attorney for the Plaintiffs, 215 West 8th Street, Michigan City, IN 46360
(219) 879-2889.

### ACKNOWLEDGMENT OF SERVICE

A copy of the above summons and a copy of the complaint attached thereto was received by me
at_____ this_____ day of December, 2009.