IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROBERT FIRTH, FAN ACTION, INC., AND BLUEANDGOLD.COM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO. 3:10CV075 |
| YAHOO! INC., d/b/a RIVALS.COM, TIM PRISTER, JACK FREEMAN, PETE SAMPSON, SHANNON TERRY, AND BOBBY BURTON, | ) ) ) ) ) |
| Defendants. | ) |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.  I declare under penalty for perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for **Tim Prister, Jack Freeman and Pete Sampson**.

Dated: March 5, 2010.

/s/ Peter J. Agostino
Peter J. Agostino
Attorney No. 10765-71
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN 46601
Telephone:  (574) 288-1510
Facsimile: (574) 288-1650
Email: agostino@aaklaw.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 5th day of March, 2010, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system which sent notification of such filing to bernacchi@adsnet.com and clay@osanpattonlaw.com and I hereby certify that I have mailed by United States Postal Service to the following non-CM/ECF participants: D. Alexander Fardon, H3GM, 315 Deaderick St., Suite 1800, Nashville, TN 37238.

   /s/ Peter J. Agostino
Peter J. Agostino