IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ROBERT FIRTH, FAN ACTION, INC., AND BLUEANDGOLD.COM, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:10CV075 |
| YAHOO! INC., d/b/a RIVALS.COM, TIM PRISTER, JACK FREEMAN, PETE SAMPSON, SHANNON TERRY, AND BOBBY BURTON, | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINDER OF DEFENDANTS, TIM PRISTER. PETE SAMPSON
AND JACK FREEMAN IN NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

PLEASE TAKE NOTICE that Defendants, Tim Prister, Pete Sampson and Jack Freeman hereby join in Defendant, Yahoo! Inc.'s Notice of Removal to this Court of the State court action described in said Notice of Removal.

    /s/ Peter J. Agostino
Peter J. Agostino
Attorney No. 10765-71
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN 46601
Telephone:  (574) 288-1510
Facsimile: (574) 288-1650
Email: agostino@aaklaw.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 5th day of March, 2010, I electronically filed the foregoing Joinder of Defendants, Tim Prister, Pete Sampson and Jack Freeman with the Clerk of the Court using the CM/ECF system which sent notification of such filing to bernacchi@adsnet.com and clay@osanpattonlaw.com and I hereby certify that I have mailed by United States Postal Service to the following non-CM/ECF participants: D. Alexander Fardon, H3GM, 315 Deaderick St., Suite 1800, Nashville, TN 37238.

    /s/ Peter J. Agostino
    Peter J. Agostino