**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| **ROBERT FIRTH; FAN ACTION, INC.; and BLUEANDGOLD.COM,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) Cause No. 3:10-cv-00075-PPS-CAN ) |
| **YAHOO! INC. d/b/a RIVALS.COM; TIM PRISTER; JACK FREEMAN; PETE SAMPSON; SHANNON TERRY; and BOBBY BURTON,** | ) ) ) ) ) ) |
| **Defendants.** | ) ) |

**DEFENDANTS SHANNON TERRY'S AND BOBBY BURTON'S
CONSENT TO REMOVAL**

Defendants Shannon Terry and Bobby Burton, by counsel, respectfully notify the Court that they join in and consent to Defendant Yahoo! Inc.'s Notice of Removal to this Court of the state court action described in that Notice of Removal.

Dated: March 5, 2010

Respectfully submitted,

/s/ James B. Chapman II
James B. Chapman II, # 25214-32
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
One American Square
Suite 2300
Indianapolis, IN  46282
(317) 632-3232 – Telephone
(317) 632-2962 – Facsimile
jchapman@dannpecar.com

1315405_1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by *via* the Court's electronic filing system on this 5th day of March, 2010:

Clay M. Patton
Osan & Patton LLP
clay@osanpattonlaw.com

Peter J. Agostino
Anderson Agostino & Keller PC
agostino@aaklaw.com

Doug A. Bernacchi
Attorney at Law
Bernacchi@adsnet.com


/s/   James B. Chapman II

1315405_1