# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **ROBERT FIRTH; FAN ACTION, INC.; and BLUEANDGOLD.COM,** | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) Cause No. 3:10-cv-00075-PPS-CAN ) ) |
| **YAHOO! INC. d/b/a RIVALS.COM; TIM PRISTER; JACK FREEMAN; PETE SAMPSON; SHANNON TERRY; and BOBBY BURTON,** | ) ) ) ) ) |
| **Defendants.** | ) |

## APPEARANCE

**To the Clerk of this Court and all parties of record:**

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(f), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Defendants Shannon Terry and Bobby Burton.

Date: March 9, 2010

                                            Respectfully submitted,

                                            /s/ Mark R. Waterfill
                                            Mark R. Waterfill, # 10935-49
                                            BENESCH, FRIEDLANDER, COPLAN
                                            & ARONOFF LLP
                                            One American Square, Suite 2300
                                            Indianapolis, IN  46282
                                            (317) 632-3232 – Telephone
                                            (317) 632-2962 – Facsimile
                                            mwaterfill@Beneschlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by *via* the Court's electronic filing system on this 9th day of March, 2010:

Clay M. Patton
Osan & Patton LLP
clay@osanpattonlaw.com

Peter J. Agostino
Anderson Agostino & Keller PC
agostino@aaklaw.com

Doug A. Bernacchi
Attorney at Law
Bernacchi@adsnet.com


/s/   Mark R. Waterfill