## Bob Firth

| | |
|---|---|
| **From:** | Michelle Hamilton [michelle@blueandgold.com] |
| **Sent:** | Wednesday, March 01, 2006 1:48 PM |
| **To:** | 'Trybula, Peter G.' |
| **Cc:** | 'Robert Firth' |
| **Subject:** | Rivals problem |

**Importance:** High

Peter,

It has come to our attention that our name is being used in conjunction with the rivals domain to direct users to the rivals website. The address is bgi.rivals.com. Bob would like a letter drafted asking them to cease and desist. Is this something that you can get on ASAP? The email is below.

Also, did the website irishblueandgold.com ever respond to the letter that was sent?

Let me know if you have any questions,

Michelle

Michelle DeLee Hamilton
Director of Operations
Fan Action, Inc.
1605 N. Home Street
Mishawaka, IN 46545
(574)255-9800
michelle@blueandgold.com


-----Original Message-----
**From:** Patrick Crumb [mailto:pcrumb@scout.com]
**Sent:** Tuesday, February 28, 2006 2:04 AM
**To:** JCFirth@qdi.com
**Subject:** Blue and Gold

John:

Hope all is well with you and Bob.

I wanted to give you a heads up on a couple of things I noticed, just in case you and Bob were not aware.

Were you aware that if you type in "bgi.rivals.com" (your old Rivals network subdomain) it gets redirected to Rivals ND site? They did the same thing to some other publishers who moved to our network. In those instances, I sent a little C&D regarding the use of the publishers trademark in a redirect to their competing site and they complied by removing it. Out of curiosity, I tried something else that we have had to whack Rivals on in the past. If you go on google and type in "blue and gold illustrated", the top seach result is your site, but the second listing is the Rivals ND site. Again, this has happened to us previously - they inbed the former publisher brand/trademark in the search/site registration for their competing site such that users searching for the brand by name get a search result that includes the listing for their site.
  Just thought I would point those two things out.

As an aside, the new Blue & Gold site looks great. You guys were right about Charlie W. Tyrone is settled in at UW and, well, the jury remains out until he is given a fair chance to recruit his own guys. Thank God we have a decent basketball team.

Hope Quality's move to private company status is all you hoped it would be. We of course are now part of a large public company, with some attendant changes to how we operate. Funny how things work out.

11/16/2009



Regards,

Patrick

Patrick Crumb
Scout Media, Inc.
2003 Western Avenue, Suite 700
Seattle WA  98121
(206) 448-8906
pcrumb@scout.com

11/16/2009