# BAKER & DANIELS LLP

EST. 1863

First Bank Building, 205 W. Jefferson Blvd., Suite 250 • South Bend, Indiana 46601
Tel. 574.234.4149 • Fax 574.239.1900
www.bakerdaniels.com

GERARD T. GALLAGHER
Attorney at Law
Direct 574.239.1921
gerard.gallagher@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

April 21, 2006

Mr. Greg Gough
Rivals.com
P. O. Box 1604
Brentwood, TN  37024-1604

      Re:   Fan Action, Inc.
              Our Reference: FAN-L0002

Dear Mr. Gough:

      We represent Fan Action, Inc. ("Fan Action"). Fan Action is the owner of U.S. Trademark Registration Nos. 2,435,576 and 2,297,533 for the mark BLUE AND GOLD TRADITIONS and Design. Fan Action also owns U.S. Trademark Application Serial No. 78/809,066 for the mark BLUE AND GOLD, which it uses in connection with various printed publications and websites relating to college athletics, and, in particular, the athletic programs of the University of Notre Dame. We assume you are well aware of Fan Action's Blue and Gold Illustrated publication (also known as BGI) and its www.blueandgold.com web site. Through its extensive promotional activities, Fan Action's Blue and Gold publication as well as the BLUE AND GOLD and BGI trademarks have become widely recognized and associated exclusively with Fan Action.

      Through the internet addresses www.bgi.rivals and bgi.rivals.com, Rivals is using Fan Action's trademark in order to direct internet users to a competing Rivals website. In addition, Rivals is also using meta tags on its site in order to influence search engines, such as Google.com, to list Rival's website when a user does a search for "Blue and Gold Illustrated."

      Given these factors, it is clear that Rivals' use of the marks BGI and BLUE AND GOLD ILLUSTRATED is likely to cause confusion and mistakes and to deceive consumers. In particular, consumers viewing Rivals' use of the BGI and BLUE AND GOLD ILLUSTRATED marks in conjunction with Rivals' goods and services will wrongly believe that Rivals actually offers the goods and services of Fan Action or that Rivals' goods and services are somehow approved by or affiliated with Fan Action. Accordingly, Rivals' use of BGI or BLUE AND GOLD ILLUSTRATED is likely to cause confusion or to cause mistakes or to deceive as to the affiliation, connection or association of Rivals with Fan Action, and as to the origin, sponsorship and approval of Rivals' goods and services or other commercial activity by Fan Action.

BDDB01 4334600v2


EXHIBIT F

Mr. Greg Gough -2- April 21, 2006

Rivals' use of the BGI and BLUE AND GOLD ILLUSTRATED marks infringes Fan Action's trademark rights and constitutes unfair competition, all in violation of 15 U.S.C. §§1114, 1125 and common law. Such infringement and acts of unfair competition have caused and will continue to cause irreparable harm and damage to Fan Action.

Accordingly, we demand that Rivals:

(1) cease all use of the www.bgi.rivals.com and bgi.rivals.com web addresses, and any and all other trademarks, trade names and domain names that are likely to cause confusion with our client's trademarks or that otherwise infringe our client's rights;

(2) remove the BLUE AND GOLD ILLUSTRATED meta tags from your website, as well as any and all other trademarks, trade names and domain names that are likely to cause confusion with our client's trademarks or that otherwise infringe our client's rights;

(3) cease any and all use of the BGI and BLUE AND GOLD ILLUSTRATED marks, as well as any and all other trademarks, trade names and domain names that are likely to cause confusion with our client's BGI and BLUE AND GOLD ILLUSTRATED marks or that otherwise infringe our client's rights on and in connection with the manufacture, marketing, sale, promotion, display and distribution of printed publications and web sites relating to college athletics; and

(4) deliver to Fan Action at no cost any and all other materials bearing or utilizing the BGI or BLUE AND GOLD ILLUSTRATED marks in Rivals' possession, custody or control, including, but not limited to, advertising of the goods and services provided by rival.com.

Please provide to us your written confirmation that you will comply with these requests within weeks of receipt of this letter. We look forward to hearing from you.

Very truly yours,

BAKER & DANIELS LLP

Gerard T. Gallagher

GTG:rac
cc: Mr. Robert Firth

BDDB01 4334600v2