

ndirish1996 Rivals Radio: lines open at (866)9-Rivals

COLLEGE | RECRUITING | HIGH SCHOOL | AMP | EXPERTS | RADIO | SUBSCRIBE |

HOME · HEADLINES · MESSAGE BOARDS · FOOTBALL · BASKETBALL · RECRUITING
Roster | Stats | Schedule | Scoreboard | Standings | Leaders | Rankings

August 19, 2005

# Welcome to IrishIllustrated.com

**Pete Sampson & Jack Freeman**
IrishIllustrated.com Staff

EMAIL STORY  PRINT STORY

YOUR CC
The Four H
Message B

Welcome to IrishIllustrated.com.

When you logged on to the Rivals.com network today you probably noticed something a little different about your favorite Notre Dame news website. After a four-year partnership with Blue & Gold Illustrated, Rivals.com has decided to hire three of the magazine's staffers to cover the Notre Dame football program, basketball program and recruiting exclusively for you, the web subscriber. IrishIllustrated.com is here to do one thing and one thing only – deliver as the best Notre Dame news source on the Internet. And with the Rivals.com subscription that you already have, you get it all.



*The new II era begins today*

Whether it's giving you breaking news from practice, comprehensive video coverage of Irish workouts, highlights of Notre Dame's top recruiting targets or a great place to discuss the Irish with other educated and enthusiastic ND fans in the Four Horsemen Lounge, we're here to give Irish fans what they want, the complete Notre Dame story.

If you've been reading the site the past few weeks, you've already gotten a taste of what IrishIllustrated.com will be bringing you. Editor Pete Sampson has been on top of Notre Dame fall camp with multiple practice reports each day. Webmaster Jack Freeman has been there too with video highlights of Notre Dame's practices and video interview with Charlie Weis and the players. Finally, Pete and Steve Hare have been covering Notre Dame's recruiting efforts like no one else, breaking news on the commitments of Demetrius Jones and Raeshon McNeil all in the past week.

In the coming weeks and month IrishIllustrated.com will expand its staff to include Jeff Jeffers, the dean of Fighting Irish sports, sports anchor and WNDU and host of the Notre Dame coach's show with Charlie Weis.

Come this spring, we'll be adding another writer that we believe you'll think is second-to-none when it comes to telling the story of Notre Dame's football program.

As you can tell, we're committed to bringing you the best Notre Dame source for football, basketball and recruiting news. Rivals.com is already the industry leader in online college sports and in conjunction with the IrishIllustrated.com staff we'll

http://notredame.rivals.com/content.asp?CID=444873



EXHIBIT
H

8/19/2005

continue to be the largest Notre Dame site on the Internet.

We may have changed our name, but our commitment to bringing you the best in Notre Dame news remains the same.

Go Irish!



Rivals.com: **About Us** | **Advertise with Us** | **FAQ/Help** | **Contact Us**
Site-specific editorial/photos Copyright 2002-2005 IrishIllustrated.com. All rights reserved. This website is an unofficial and independent source of news and information not affiliated with any school or team.
**Privacy Policy** | **Terms of Service** | **Copyright Infringement**